UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| Thomas Kewitt, <br><br>    Plaintiff, <br><br>v. <br><br>American Express Company, <br><br>    Defendant. | Civil Action No.: 4:20-cv-00462-P |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: July 20, 2020

            Respectfully submitted,

            By: */s/ Jody B. Burton*

            Jody B. Burton, Esq.
            CT Bar No. 422773
            LEMBERG LAW, L.L.C.
            43 Danbury Road, 3rd Floor
            Wilton, CT 06897
            Telephone: (203) 653-2250
            Facsimile: (203) 653-3424
            jburton@lemberglaw.com
            *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 20, 2020, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Northern District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

      By   */s/ Jody B. Burton*

      Jody B. Burton, Esq.