IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| THOMAS KEWITT, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:20-cv-00462-P |
| AMERICAN EXPRESS COMPANY, | § § § | |
| Defendant. | § § § § § | |

### FINAL JUDGMENT

This Final Judgment is issued pursuant to Federal Rule of Civil Procedure 58 and in accordance with the Notice of Settlement (ECF No. 11):

It is **ORDERED, ADJUDGED, and DECREED** that this civil action is **DISMISSED with prejudice**.

It is further **ORDERED, ADJUDGED, and DECREED** that all costs and expenses are taxed against the party incurring the same.

The Clerk shall transmit a true copy of this Final Judgment to the parties.

**SO ORDERED** on this **20th day** of **July, 2020**.

*/s/ Mark T. Pittman*
Mark T. Pittman
UNITED STATES DISTRICT JUDGE